**Opinion filed July 8, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00164-CR
_____

### ROSALIO CARRERA, Appellant

### V.

### STATE OF TEXAS, Appellee

---

**On Appeal from the 238th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR35132**

---

## M E M O R A N D U M   O P I N I O N

The trial court convicted Rosalio Carrera, upon his plea of guilty, of indecency with a child. Pursuant to the plea bargain agreement, the trial court sentenced appellant to confinement for two years. We dismiss the appeal.

The trial court imposed the sentence in open court on January 13, 2010. On June 10, 2010, appellant filed a pro se notice of appeal. This court notified the parties that the notice of appeal was not timely and directed appellant to file a response showing grounds for continuing the appeal. Appellant has filed a response.

In his response, appellant contends that he was interviewed without properly being informed of his rights, that he was not appointed a bilingual attorney, that the evidence was questionable because his son-in-law was a drug user, that the prosecutor had him sign a document outside the presence of his attorney, that he had been held in violation of his right to a speedy trial, that he only signed the plea bargain agreement to be released from incarceration, that his plea was not voluntary, and that he has been denied due process of law. Appellant does not address the untimeliness of his notice of appeal or whether this court's jurisdiction has been invoked.

Absent a timely notice of appeal or compliance with TEX. R. APP. P. 26.3, this court lacks jurisdiction to entertain an appeal. *Slaton v. State*, 981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-24 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108, 109-10 (Tex. Crim. App. 1993); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988). Appellant may be able to secure an out-of-time appeal by filing a postconviction writ pursuant to TEX. CODE CRIM. PROC. ANN. art. 11.07 (Vernon 2009).

The appeal is dismissed.


PER CURIAM


July 8, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.